# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM HOWARD ROBINSON, | ) | |
| (AIS: #248709), | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 13-0180-CG-B |
| | ) | |
| SAM COCHRAN, <u>et</u> <u>al</u>., | ) | |
| | ) | |
|     Defendants. | ) | |

## ORDER

After due and proper consideration of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**DONE and ORDERED** this 21st day of August, 2014.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE