## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **WILLIAM HOWARD ROBINSON,** | ) | |
| **(AIS: #248709),** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 13-0180-CG-B** |
| | ) | |
| **SAM COCHRAN, <u>et</u> <u>al.</u>,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### <u>JUDGMENT</u>

It is **ORDERED, ADJUDGED,** and **DECREED** that this action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**DONE and ORDERED** this 21st day of August, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE